UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC.; LEAGUE OF WOMEN VOTERS OF FLORIDA EDUCATION FUND<br><br>Plaintiffs,<br><br>v.<br><br>ASHLEY MOODY, in her official capacity as Attorney General of Florida, CORD BYRD, in his official capacity as Florida Secretary of State,<br><br>Defendants. | Case No. 4:23-cv-00216<br><br>Chief Judge Mark E. Walker |

## FIRST JOINT STATUS REPORT

Pursuant to this Court's Initial Scheduling Order dated June 14, 2023 (ECF No. 31), Plaintiffs League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund; Defendant Cord Byrd, in his official capacity as the Florida Secretary of State ("Secretary"); and Defendant Ashley Moody, in her official capacity as the Florida Attorney General ("Attorney General") respectfully submit their Joint Status Report and state:

1. On June 12, 2023, Plaintiffs filed their Motion for Preliminary Injunction (ECF No. 27), to which the Secretary filed his Response in Opposition

(ECF No. 38) and the Attorney General filed a Notice of Joinder (ECF No. 37) on June 23, 2023. Plaintiffs filed a Reply in Support of Motion for Preliminary Injunction (ECF No. 40) on June 26, 2023.

2. On June 28, 2023, this Court heard argument on Plaintiffs' motion for preliminary injunction.

3. On July 11, 2023, this Court issued an Order Denying Plaintiffs' Motion for Preliminary Injunction (ECF No. 46).

4. Plaintiffs are currently drafting their First Set of Requests for Production and First Set of Interrogatories, and plan to issue those to Defendants within the next few weeks.

5. On July 11, 2023, Plaintiffs in *Hispanic Federation, et al. v. Byrd, et al.*, No. 4:23-cv-218-MW-MAF (N.D. Fla.), on behalf of all Plaintiff groups (*League of Women Voters of Florida, Inc., et al. v. Moody, et al.*, No. 4:23-cv-216-MW-MAF (N.D. Fla.) and *Florida State Conference of Branches and Youth Units of the NAACP, et al. v. Byrd, et al.*, No. 4:23-cv-215-MW-MAF (N.D. Fla.)), contacted Defendants to schedule a date for a Federal Rule of Civil Procedure 26(f) conference. Once this conference is scheduled, the parties will attempt to agree on a proposed discovery plan. The parties will prepare a joint Rule 26(f) conference report following that meeting.

6. The Secretary and Attorney General intend to serve discovery requests on Plaintiffs at the appropriate time.

Respectfully submitted this 14th day of July, 2023,

| | |
|---|---|
| Chad W. Dunn<br>Florida Bar No. 0119137<br>BRAZIL & DUNN<br>1200 Brickell Avenue<br>Suite 1950<br>Miami, FL 33131<br>Telephone: (305) 783-2190<br>Facsimile: (305) 783-2268<br>chad@brazilanddunn.com | /s/ Brent Ferguson<br>Brent Ferguson (D.C. Bar No. 1782289)*<br>Danielle Lang (D.C. Bar No. 1500218)*<br>Jonathan Diaz (D.C. Bar No. 1613558)*<br>Ellen Boettcher (D.C. Bar No. 90005525)*<br>Allison Walter (D.C. Bar No. 90008637)*<br>Simone Leeper (D.C. Bar No. 1737977)*<br>CAMPAIGN LEGAL CENTER<br>1101 14th Street NW, Ste. 400<br>Washington, DC 20005<br>(202) 736-2200<br>bferguson@campaignlegal.org<br>dlang@campaignlegal.org<br>jdiaz@campaignlegal.org<br>eboettcher@campaignlegal.org<br>awalter@campaignlegal.org<br>sleeper@campaignlegal.org<br><br>*Counsel for Plaintiffs*<br><br>*Admitted Pro Hac Vice* |

3

*Noah T. Sjostrom*
Noah T. Sjostrom
Fla. Bar No. 1039142
Stephanie A. Morse
Fla. Bar No. 0068713
William David Chappell
Fla. Bar No. 120449
(850) 414-3635
Noah.Sjostrom@myfloridalegal.com
Stephanie.Morse@myfloridalegal.com
William.Chappell@myfloridalegal.com
OFFICE OF THE ATTORNEY GENERAL
GENERAL CIVIL LITIGATION DIVISION
COMPLEX LITIGATION
PL – 01 The Capitol
Tallahassee, Florida 32399-1050

*Counsel for Defendant*
*Attorney General Ashley Moody*

*Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
Joshua E. Pratt (FBN 119347)
jpratt@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

Joseph Scott Van de Bogart (FBN 84764)
Ashley E. Davis (FBN 48032)
FLORIDA DEPARTMENT OF STATE
500 South Bronough Street
Suite 100
Tallahassee, Fl 32399
joseph.vandebogart@dos.myflorida.com
ashley.davis@dos.myflorida.com

*Counsel for Defendant*
*Secretary of State Cord Byrd*

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2023 I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Brent Ferguson*
Brent Ferguson
*Counsel for Plaintiffs*
