IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| HISPANIC FEDERATION, PODER LATINX, VERÓNICA GUADALUPE HERRERA-LUCHA, NORKA MARTÍNEZ, A. DOE, and B. DOE,<br><br>     Plaintiffs,<br><br>v.<br><br>CORD BYRD, in his official capacity as the Secretary of State of Florida, and ASHLEY MOODY, in her official capacity as Florida Attorney General,<br><br>     Defendants.<br><br>LEAGUE OF WOMEN VOTERS OF FLORIDA, INC.; LEAGUE OF WOMEN VOTERS OF FLORIDA EDUCATION FUND<br><br>     Plaintiffs,<br><br>v.<br><br>ASHLEY MOODY, in her official capacity as Attorney General of Florida, CORD BYRD, in his official capacity as Florida Secretary of State,<br><br>     Defendants. | Case Nos. 4:23-cv-218-AW-MAF<br>    4:23-cv-216-MW-MAF<br><br>**MOTION TO CONSOLIDATE JOINT STATUS REPORTS WITH RELATED CASE** |

Plaintiffs move to consolidate the joint status reports in these cases with the joint status reports in *Florida State Conference of Branches and Youth Units of the NAACP, et al. v. Byrd*, No. 4:23-cv-00215-MW-MAF in the interest of judicial economy and to preserve the resources of the parties. Plaintiffs have conferred with Defendants, and neither Defendant opposes this motion.

This Court has already recognized the overlap across these three cases. On June 7, 2023, Judge Winsor reassigned Case No. 4:23-cv-00218 to facilitate "judicial efficiency" by "having a single judge assigned all three closely related cases," in line with Federal Rules of Civil Procedure 42, Local Rule 7.1, and "this court's settled practice." Dkt. 21. And on July 28, 2023, this Court granted Plaintiffs' motion to consolidate the three cases for scheduling and trial. Dkt. 87.

On August 2, 2023, and September 1, 2023, the Hispanic Federation Plaintiffs and Defendants included their joint status report updates in the reports filed by the Florida NAACP Plaintiffs. *See* Case No. 4:23-cv-00215, Dkt. 122 & 150. The Hispanic Federation Plaintiffs and Defendants then filed additional joint status reports on August 14, 2023, and September 21, 2023, to comply with the separate deadlines in place for Case No. 4:23-cv-00218.[1] Similarly, the League of Women Voters of Florida Plaintiffs and Defendants included their updates in the consolidated report filed on September 1. *See* Case No. 4:23-cv-00215, Dkt. 150.

---

[1] On September 20, 2023, this Court ordered the Hispanic Federation parties to provide another joint status report in line with the separate deadline in place for this case.

The League of Women Voters of Florida Plaintiffs and Defendants then filed an additional joint status report on September 21 to comply with the separate deadlines in place for Case No. 4:23-cv-00216.[2]

In the interest of efficiency, Plaintiffs respectfully request that this Court consolidate the joint status reports and accompanying deadlines with the reports being submitted in Case Nos. 4:23-cv-215. Allowing the three cases to proceed with one consolidated status report reflecting the progress in each of the cases would further the interests of judicial economy.

Dated: September 27, 2023

Cesar Z. Ruiz*
Fulvia Vargas De-Leon†
Ghita Schwarz†
**LatinoJustice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org
fvargasdeleon@latinojustice.org
gschwarz@latinojustice.org

Roberto Cruz (FBN 18436)
**LatinoJustice PRLDEF**
523 West Colonial Drive
Orlando, FL 32804
(321) 754-1935
rcruz@latinojustice.org

Respectfully submitted,

*/s/ Julie A. Ebenstein*
Julie A. Ebenstein (FBN 91033)
Adriel I. Cepeda Derieux*
Megan C. Keenan*
Dayton Campbell-Harris*
Sophia Lin Lakin*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
jebenstein@aclu.org
acepedaderieux@aclu.org
mkeenan@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org

Nicholas L.V. Warren (FBN 1019018)

---

[2] On September 20, 2023, this Court ordered the League of Women Voters of Florida parties to provide another joint status report in line with the separate deadline in place for this case.

Delmarie Alicea (FBN 1024650)
**LatinoJustice PRLDEF**
523 West Colonial Drive
Orlando, FL 32804
(321) 418-6354
dalicea@latinojustice.org

Estee M. Konor*
**Dēmos**
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065
ekonor@demos.org
John A. Freedman†
Jeremy Karpatkin†
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 942-5316
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com

**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

*Admitted Pro Hac Vice*

*Counsel for Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico*

/s/ Brent Ferguson

Brent Ferguson (D.C. Bar No. 1782289)*
Danielle Lang (D.C. Bar No. 1500218)*
Jonathan Diaz (D.C. Bar No. 1613558)*
Ellen Boettcher (D.C. Bar No. 90005525)*
Simone Leeper (D.C. Bar No. 1737977)*
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Ste. 400
Washington, DC 20005
(202) 736-2200

bferguson@campaignlegal.org
dlang@campaignlegal.org
jdiaz@campaignlegal.org
eboettcher@campaignlegal.org
sleeper@campaignlegal.org

*Counsel for Plaintiffs League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund*

\*Admitted *Pro Hac Vice*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

On September 25, 2023, counsel contacted both defendants about this motion to consolidate. The Attorney General and the Secretary of State do not oppose the motion.

Dated: September 27, 2023         Respectfully submitted,

*/s/ Julie A. Ebenstein*
Julie A. Ebenstein (FBN 91033)

*/s/ Brent Ferguson*
Brent Ferguson

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

Plaintiffs' motion to consolidate contains 884 words.

Dated: September 27, 2023                     Respectfully submitted,

                                              */s/ Julie A. Ebenstein*
                                              Julie A. Ebenstein (FBN 91033)

                                              */s/ Brent Ferguson*
                                              Brent Ferguson

## CERTIFICATE OF SERVICE

The foregoing motion for consolidation and supporting memorandum thereto have been served on Counsel for Defendants via CM/ECF.

Dated: September 27, 2023                         Respectfully submitted,

                                                                  */s/ Julie A. Ebenstein*
                                                                  Julie A. Ebenstein (FBN 91033)

                                                                  */s/ Brent Ferguson*
                                                                  Brent Ferguson